IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00241–EWN–MEH

BIG TREE, INC., f/k/a EDWARD SPEIR ENTERPRISES, INC.,
d/b/a 3t Systems, a Colorado corporation,

      Plaintiff,

v.

NEWDAY FINANCIAL LLC, a/k/a First Guaranty Mortgage
Corp.,

      Defendant.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

      This matter is before the court on the "Recommendation on Defendant Newday Financial, LLC's Motion to Compel Arbitration and to Stay Civil Action" (#12) filed April 18, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

      **ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendant Newday Financial LLC's Motion to Compel Arbitration and to Stay Civil Action (#7) filed March 7, 2006, is GRANTED.

3. The parties shall proceed to arbitration forthwith and proceed expeditiously. The court expects that the arbitration will be concluded within six month from today's date. The parties will file status reports every ninety days.

DATED this 5th day of June, 2006.

                                             BY THE COURT:

                                             s/ Edward W. Nottingham
                                             EDWARD W. NOTTINGHAM
                                             United States District Judge